# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

March 28, 2007

*Before*

Hon. RICHARD D. CUDAHY, *Circuit Judge*

Hon. MICHAEL S. KANNE, *Circuit Judge*

Hon. DIANE S. SYKES, *Circuit Judge*

| | |
|---|---|
| WAYNE EDWARDS,<br>    *Plaintiff-Appellant,*<br><br>No. 04-2458          v.<br><br>DONALD N. SNYDER, Jr., Director,<br>MICHAEL L. HOLMES, ALLAN WISELY,<br>et al.,<br>    *Defendants-Appellees.* | ] Appeal from the United<br>] States District Court for<br>] the Southern District of<br>] Illinois<br>]<br>] No. 02 C 1196<br>]<br>] Michael J. Reagan,<br>] Judge. |

Upon consideration of the **MOTION OF AMICUS LISA MADIGAN, ATTORNEY GENERAL OF ILLINOIS, TO AMEND OPINION AND AMENDED JUDGMENT**, filed on March 12, 2007, and the **PLAINTIFF-APPELLANT'S BILL OF COSTS AND RESPONSE TO MOTION TO AMEND JUDGMENT**, filed on March 20, 2007,

**IT IS ORDERED** that the opinion dated March 7, 2007, is **AMENDED** with an asterisk following the words "Defendants-Appellees" in the caption. The asterisk shall correlate with a footnote that reads, "Because of the procedural posture of this case (it was dismissed on preliminary screening and prior to service), the defendants-appellees did not participate in this appeal. Upon this court's invitation, however, the Attorney General of Illinois filed a brief and appeared at oral argument in this matter as amicus curiae."

**IT IS FURTHER ORDERED** that the opinion and judgment of this court, dated March 7, 2007, is **AMENDED** to reflect that the judgment of the district court is **VACATED** and the case **REMANDED** for further proceedings. The appellant shall bear his own costs.